FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2012 JUN 28  AM 8:26

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| AISHA MOULTRIE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV412-130 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections were filed (Doc. 7). After a careful de novo review of the record, the Court finds Plaintiff's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE.**[1]  The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____

[1] Additionally, Plaintiff's Motion to Appoint Counsel (Doc. 6) is **DISMISSED AS MOOT**.