FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2017 JUN 28 AM 8:26

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

AISHA MOULTRIE, )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-130
)
MICHAEL J. ASTRUE, )
Commissioner of the Social )
Security Administration, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections were filed (Doc. 7). After a careful de novo review of the record, the Court finds Plaintiff's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Additionally, Plaintiff's Motion to Appoint Counsel (Doc. 6) is **DISMISSED AS MOOT**.